MANDEL GOTTESMAN v. FURNESS, WITHY & COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.